Friday, November 15, 2013

No. 14–0005/AF.  U.S. v. Daniel A. Frey.  CCA 37759.  Review granted on the following issue:

> WHETHER THE AIR FORCE COURT ERRED IN FINDING TRIAL COUNSEL'S PRESENTENCING ARGUMENT WAS HARMLESS ERROR WHERE TRIAL COUNSEL INSINUATED THAT APPELLANT WILL COMMIT FUTURE ACTS OF CHILD MOLESTATION.

Briefs will be filed under Rule 25.

No. 14–0009/AR.  U.S. v. Jesus Gutierrez, Jr.  CCA 20120104.  Appellant's motion to extend time to file a brief granted, *up to and including November 26, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0137/AR.  U.S. v. Daniella M. Howard.  CCA 20120844.  Appellant's *second* motion to extend time to file the supplement granted, *up to and including November 27, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0138/AF.  U.S. v. Danny M. Burns.  CCA 37847.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 18, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.